IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AUTOMED TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KNAPP LOGISTICS & AUTOMATION, INC. and KNAPP LOGISTIK AUTOMATION GmbH, <br><br> Defendants. | 1:04-cv-1152-WSD |

**OPINION AND ORDER**

This matter is before the Court on Knapp Logistics and Automation, Inc.'s ("Knapp US") Supplement to Defendants' Bills of Costs [198]. Knapp US advises the Court that "branding" entails costs for "the process of electronically applying bates numbering and confidentiality designations to documents that were produced to Automed in Electronic format . . . ." (Supplement to Defendants' Bills of Costs at 2.) "Branding" bates numbers or confidentiality designations onto documents is not a cost reasonably necessary to the litigation. See e.g., Williams v. Taser Intern., Inc., slip. op., 2006 WL 1835437, *6 (N.D.Ga., June 30, 2006)("Under no

circumstances, however, shall Plaintiff be required to bear any other costs . . . . [including] labeling responsive documents. . .). Automed Technologies shall be taxed $33,757.85 ($43,912.61 previously assessed by the Court – $6,137.84 scanning cost – $4016.92 "branding" cost)

Based on the foregoing,

**IT IS HEREBY ORDERED** that Automed Technologies shall be taxed $33,757.85 in costs.

**SO ORDERED** this 30th day of October, 2006.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE